in united states District Court
Middle District of north Carolina
Greensboro



Ex Parte  )
Reginald A. Falice©  )
Secured-Party-Creditor  )
Holder-In-Due-Course  )
Owner  ) Action No. 1:04CV00878
  )
united states of America  )
    versus  )
REGINALD ANTHONY FALICE⓻  )
WILLIE L. COVINGTON  )
  )

## Affidavit of Facts

I, Reginald Anthony Falice©, hereinafter "One or Affiant;" being duly sworn, depose and says:

- that [Affidavit of facts] are proffered in total absence of any intention to seek an unfair advantage or to defraud another party. See 'Good Faith' meaning honesty in fact in the conduct or transaction concerned. UCC § 1-201(19);

- that [Affidavit of facts] are presented to address a "breach of faith, willful failure to respond to plain, well understood statutory or contractual obligation." Id. 124 F.2d 875, 883;

- that [Affidavit of facts] are communicated to support all secured transactions filed/recorded in association will Bill of Indictment known as 3:98CR-244MU at united states District Court, for the Western District of North Carolina, Charlotte Division, 401 W. Trade St. Charlotte, north Carolina 28202;

- that secured transactions, mentioned above are filed as **liens** in various **public** venues to report debts **due/owed**;

- that of [Affidavit of facts], One has charged / is charging Graham C. Mullen, et als, as listed in/on secured transactions in alleged criminal matter 3:98CR244Mu with PERJURY, COLLUSION, BARRATRY AND FRAUD:

- One avers, affirms and asserts truth pertaining accounts: that stated misconduct performed by Lien-debtor(s) i.e. perjury, collusion, barratry and fraud has created a debt due/owed to Lien-Claimant, towit:

1) Graham C. Mullen, et als, in alleged criminal matter 3:98CR244Mu,

    did apply perjury, collusion, barratry, fraud as rule(s) of procedure, practice and policy to contract components i.e.;

(1)

     i) direct and circumstantial evidence
     ii) credibility of witnesses
    iii) uncontradicted testimony
    iv) inconsistent statements or conduct
     v) impeachment
    vi) defendant not compelled to testify
   vii) defendant not compelled to give testimony
  viii) statements defendant made to investigating authorities
    ix) defendant not on trial for conduct not found in indictment
     x) punishment is the province of court

See trial **record** page 405, lines 4-10;

2) Graham C. Mullen, et als, did admit to use and application of perjury, collusion, barratry, and fraud as rule(s) of forum during contract matter 3:98CR244Mu. See Line 10 of the -beforementioned, perjury, was in-deed <u>required</u>;

3) Graham C. Mullen, et als, did know or should have known they were violating public policy, including a host of statutory violations via perjury **requirement** UCC § 2-103(1)(b).

4) Graham C. Mullen, et als, did create a non united states Coded Statute to charge Affiant with a united states Code violation. See breach of contract @ 42 usC§ 1986.

Verified of traial record at page 403, lines 24-5 as "Interstate Act on child custody prior to the issuance of the custody order;"

5) Graham C. Mullen, et als, did go in disguise to [mask] original charges on indictment 3:98CR244Mu to convict and sentence One;

6) united states Attorneys, et als, did aid/abet/comfort and protect by silence, neglect, non-disclosure, in-action Graham C. Mullen's criminal conduct to prosecute a matter in a united states court ill-suited for federal jurisdiction to procure adjudication prohibited by policy, et seq.;

7) attorneys assisted every act to manufacture jurisdiction for 3:98CR244Mu where, otherwise, evidence proved case matter terminated for "want of jurisdiction;"

8) clerks certified and acknowledged occurrences of each and every corrupt act as, herein, recorded/reported by court reporters;

9) all lien-debtor(s) have failed to report criminal conduct of each other to proper authorities as required by Securities Exchange Commission;

10) no lien-debtor(s) can readily prove or demonstrate that [**to lie every time**] has ever been printed, enacted, instituted, sanctioned or passed as a rule for policy, practice or procedure anywhere, for (any) court business;

(2)

and disregard prohibitions of Trade and Commerce under color of law, as follows:

1. Title 28 usC § 754, "failed to give bond" per [Receivers of property in different districts]
2. 28 usC § 1919 'failing' to [Dismissal for lack of jurisdiction]
3. 28 usC § 1915A 'failing' to [Screen]ing
4. 18 usC § 2384 'participage(s,d)' in Seditious conspiracy
5. 18 usC § 951 'failing to register' as Agents of foreign governments
6. 18 usC § 1512 Tampering with a witness, victim or informant
7. 18 usC § 1504 Influencing juror by writing
8. 18 usC § 1505 Obstruction of proceedings before agencies
9. 18 usC § 35 Imparting or Conveying False Information
10. 18 usC § 401 et seq., Misuse of "Power of Court"
11. 18 usC § 1621 et seq., Perjury by Government Officials
12. 18 usC § 1622 et seq., Subornation by Government Officials
13. 18 usC § 1623 et seq., False delcarations before
14. 18 usC § 371 et seq., Conspiracy
15. 18 usC § 241 et seq., conspiracy against rights by Government Officials
16. 18 usC § 242 et seq., Deprivation of rights undeer color of law by Government Officials
17. 18 usC § 245 et seq., Misappropriation of 'Federally protected activities'
18. 18 usC § 247 et seq., Damage to religious property; obstruction of persons in the free exercise of religious beliefs
19. 18 usC § 287 et seq., False, fictitious or fraudulent claims
20. 18 usC § 1951 et seq., Conspiracy to Racketeering
21. 18 usC § 1961 et seq., Operation of Racketeering Influenced and Corrupt Organizations
22. 18 usC § 3231 Perjury/Falsifying jurisdiction of District Courts
23. 18 usC § 3361 Breaching policy for Indictment/Information
24. 18 usC § 2 Willfully causing to be done under color;
25. 18 usC § 3 Submits to 'Accessory after the fact'
26. 18 usC § 4 Knowingly commits 'Misprison of Felony'
27. 18 usC § 6 Failed to present Obligation or securities the united states [defined]
28. 18 usC § 21 Have "Stolen or counterfeit nature of property for certain crimes defined"
29. 5 usC § 552 et seq., False Records
30. 15 usC § 45 breach of contracts in Trade and Commerce
31. 15 usC § 77 et seq., Unfair Trade, period
32. Including violation of Constitution of united states for <u>all</u> articles, encompassing also 'Bill of Rights' in their **entirety** esp. prohibitious against titles of <u>nobility</u>;

YOU ARE CERTIFIED LIEN DEBTOR(S), IN THIS COMMERCIAL LIEN which was <u>filed</u> in good faith, is colorable and cognizable under First Amendment Seventh Amendment plus Title 15 united states Codes and standards for Uniform Commercial Code in amount of $42,000,000,000.00 (forty two billion) Dollars for damages in your "<u>OFFICIAL</u>," "<u>PERSONAL</u>," "<u>INDIVIDUAL</u>," and "<u>ESTATE</u>" CAPACITY.

(6)

Chief justice Graham C. Mullen, in Charlotte, North Carolina was absent/is absent jurisdiction in dealing with [his own] unConstitutional Policy passed (not) by Congress, which was absent authority to pass/enact alleged criminal law because, the power was never conferred to Congress by united states Constitution.

united states District Court, Charlotte Division, 401 W. Trade St., Charlotte, North Carolina 28202; on July 8, 1999 approximately 9am., had no jurisdiciton to take Lien Claimant, Reginald Anthony Falice © to Federal Trial in the first place.

Per corporate guides in united states Constitution; judges, including Graham C. Mullen who act absent jurisdiction are liable for their actions. See 1st, 2nd, 4th, 5th, 6th, 8th and 10th Amendment violations; also Article III for failing to prove standing.

Listed, enumerated, debtor(s) are absent jurisdiction and in fact, have no jurisdiction over this Commercial, non-judicial debt.

Lien-debtor(s), you have lied, committed perjury and have covered up for 'other' lien debtor(s) while converting federal bankruptcy courts into criminal enterprises for looting of assets, by a conspiracy consisting of federal judges and trustees under color of law.

### Will Dismiss and Repudiate

Lien Claimant will dismiss/repudiate this colorable and honorable commercial lien, against anyone or all of the lien-debtor(s) in and when these lien-debtor(s) monetarily satisfy or successfully answer each Predicate Act listed, herein, point-for-point, under a lie detector (Polygraph Test), and Electro-Mechanical Instrument used to determine truthfulness of answers, to Lien Claimant's questions, issues.

> All lien-debtors, in your point-for-point rebuttal of this lien, please include; a copy of your:
>
> (1) foreign agent's registration
> (2) oath of office
> (3) public hazard bond or
> (4) malpractice insurance.

### Accounting of Remedy or Relief
### (Nature of Claim)

Lien Claimant, brings this lien (claim) for damages, and for injunctive, declaratory and other appropriate relief under following authorites:

1) title 15 usC §§§ 15, 45, 77; 50 usC § 781
2) Uniform Commercial Codes (UCC) UCC §§ 1-103, 1-207 et seq.
3) Bill of Rights to u.s. Constitution
4) u.s. Constitution
5) Title 28 usC § 754; 22 usC §§ 286 and 612
6) Title 18 usC § 1961 et seq., the Racketeering Influence and Corruption Organization Act (RICO);

(7)

Case 1:04-cv-00878-NCT   Document 24   Filed 03/24/05   Page 4 of 11

7) Other statutory and general common law and common law of united states;
8) Other sttutory annd general common law of North Carolina, Virginia, Pennsylvania and Georgia
9) Lien Claimant Falice © was convicted illegally under color of law, willingly and knowingly, with malice a 18 usC §§ 2 and 3 felony;
10) Graham C. Mullen, u.s. District Court Chief Justice, for Western District of north Carolina, Charlotte, Division, Charlotte, North Carolina was absent subject matter jurisdiction and was absent authority to enact and enforce criminal statutes which are null and VOID, period;
11) Execution of Sentence, in 3:98CR244Mu, against Falice © was/is illegal;
12) Clearly Lien Claimant received incompetent and ineffective assistance of counsel, whereby, trustees (i.e. Rauscher & Lawson, Gronquist, Morgan) consented to aid/abet/assist Mullen's act to use [perjury] as court rule every time during contract meeting in Falice ©. See Also violation at Exodus 23:1-2.
13) Lien-debtors entered into conspiracy and collusion to do that which is not allowed by company standards, deliberately violting corporate requirements guaranteed to protect Falice's © liberty interests
14) Debtor(s) entered collusion with united states Attorney in this Racketeering Enterprise which is criminal/civil under Title 18 usC § 1961 et seq., willingly and knowingly
15) Lien-debtor(s) have violated (9th) Nineth Amendment guaranteed <u>requirements</u> that protects property interests of Lien Claimant, as, stated; "RIGHTS NOT ENUMERATED (1791)" and FOR THIS YOU ARE LIABLE
16) Lien-debtor(s) levied charges against me having no 'substantial impact on Interstate Commerce'
17) lien-debtor(s) are acting to enhance the conspiracy by using Courts for illegal actions and united states magistrates are absent any and all authority, and, jurisdiction until they comply with 28 usC § 636 et seq., by both parties and in writing; meaning you Magistrates involved, herewithin, are/were absent jurisdiction, having no 'immunity' protection;
18) Lien-debtor(s) via 18 usC § 1961 et seq., have entered into this ongoing racketeering enterprise with u.s. Attorneys (D.O.J.) and that Lien Claimant's civil liberty interests by joint collusion with Courts violated prohibitions against (under) EX POST FACTO LAW, in united states Constitution, Article I, § 9, clause 3, and for this, proving loss of 'immunity;'
19) Lien-debtor(s) are violating Falice's © civil liberty interests by joint collusion of the courts (Judicial Branch) and the prosecutors (Executive Branch) in trespass of SEPARATION OF POWERs Contract Clause, in united states Constitution, under color of law;

20) Lien-debtor(s) in Executive and Judicial Branch of u.s. Government are in direct violation of the NO TITLE OF NOBILITY Clause in Article I, § 9, clause 8 and Article I, § 10, clause 1. See 'Original'

(8)

13th Amendment. In essence non-Citizens allegedly enacted criminal statutes;

21) Lien-debtor(s), the u.s. Sentencing Commission is 100% unConstitutional, along with Sentencing Guidelines; invalid in [part], is invalid in **whole**;

22) Lien-debtor(s), utilized instruments that were void 'abinitio' to deprive Claimant of property interests;

23) Lien-debtor(s), knew or should have known that transferring of Case No. 3:98CR244Mu or any of its components violated title 28 usC § 2241 habeas corpus rights protected by united states Constitution at Article I, § 9, clause 2 and for this debtor(s) are liable for their actions;

and

24) That lien-debtor(s) are liable under UCC § 2-201 et seq., and <u>must</u> forfeit <u>all</u> interests in Case No., Acct no., Indictment No., Action No. 3:98CR244Mu.

Affiant further asserts:

Lien, attached, hereto, can not and may not be dismissed by any judge/magistrate for any error, of any word, sentence, paragraph and, or , page, herein, the error will be omitted and lien remains in full force and effect.

"WHAT THE CONSTITUTION GRANTS, NO STATUTE CAN TAKE AWAY."

Lien-debtor(s) are liable for their actions in barratry, collusion and conspiracy; and barratry is a very special instance of <u>lying</u> withing the Court. - Barratry is committed by lien-debtor(s) when an attorney and/or prosecutor knowingly files any [false and fictitious] writings into the Court, wherein, lien-debtor(s) is attempting to gain favorable ruling that could not be achieved otherwise by lien-debtor(s), under color of law.

As a result of the above facts: under these illegal acts, lien-debtor(s) illegally seized <u>One</u> and his property interests un-Constitutionally indicted, prosecuted and convicted One then denied One his liberty and made One suffer. Towit:

I. Herein, the collusion and conspiracy by attorneys using barrarty to obtain illegal conviction against One's property with prejudice, bias and racism under color of law caused irreparable harm, pain and suffering. Lien-debtor(s) herein are liable for "abuse of process" and discriminating against One in a willingly knowingly manner.

Under barratry, Court Clerks/Court Reporters/u.s. Attorneys/ Federal Public Defenders/Attorneys/Magistrate Judges/Judges (Chief, Senior) should be disbarred or removed from office: whereas Graham C. Mullen for GRAHAM C. MULLEN did perpetrate fraud, **induce** others to abet fraud which renders <u>all</u> contracts in association herewith 'void.' Id quo warranto.

(9)

]

II. Lien-debtor(s) are guilty of "other" lien-debtor(s) acts and each lien-debtor is held responsible for acts of other Lien-debtor(s) . . . 18 usC § 1961 et seq. (R.I.C.O.).

III. One's motions, actions, bills, instruments, pleadings etc. are evidence that lien-debtor(s) have failed to refute these claims and allegations and assertions;

> and refused to answer affirmatively, to corruption via fraud, bribery, perjury, collusion, conspiracy, barratry, abuse of discretion and obstruction of justice under color of law.

IV. Herein, lien-debtor(s) must release One into community-at-large and take no reprisals against Reginald Anthony Falice©.

### Conclusion to affidavit

Lien-debtor(s) left One with no other remedy, except to file (this) lien. Everytime One told his story or attempted an avenue of Relief; more people joined conspiracy. Exodus 23:1-2.

Wherefore, Graham c. Mullen sought to lie concerning matter, he totally neglected, original restraints on commerce, at Matthew 12:36-37;

> ". . . 37 For by thy words thou shalt be justified, and by thy words thou shalt be condemned."

To KNOW ALL MEN/WOMEN BY THESE PRESENTS:

A) that each lien-debtor(s) have committed (2) two or more predicate acts listed within or otherwise;
B) all lien-debtor9s) have a direct "CONFLICT OF INTEREST" in any and all legal/civil matters dealing with this Lien Claimant, in any County, State and or Federal Court;
C) lien-debtor(s), foreign Agents, are paid cash and or in-kind services for illegal acts against Claimant: debtor(s) must prove they are paid to use Collusion, Conspiracy, Barratry, and Obstruction of Justice under color of law against Lien Claimant;
D) lien-debtor(s) have violated u.s.Constitution, under color of Law, which is TREASON against Constitution, Article I, §9, clause 8, also in Article I, § 10, clause 1 Constitution in clear and simple English states, "There will be no title of nobility." Period.;
E) that lien-debtor(s) who are 'NON_CITIZENS' can not pass/enact criminal nor civil statutes;
F) Judges are absent authority/jurisdiction to enforce unConstitutional Statutes enacted/passed by 'NON_CITIZENS;'
G) that Charlotte Division Court is/was absent subject matter jurisdiction and once jurisdiction is raised, it must be decided by law
H) that this is a u.s.Securities and Exchange commission commercial debt,

(10)

and comes under 'accounts receivables' against your (debtor(s))
Estate and 'other' personal, private, individual and official capacity,
period;

I) that this colorable commercial lien also comes under Uniform Commercial
Code § 2-201 et seq;

J) that ALL JUDGES took an oath of office, with appellation from God
(יהוה): under Article III, § 1 u.s.Constitution and tile 28 usC
§ 453; the judges have violated their oath of office, entered collusion/
conspiracy with Executive Branch of Government to violate my guaranteed
civil interests, under color of law.

Wherefore, [good cause] this document makes reference to liens filed in [good
faith], having a total absence of any intention to seek an unfair advantage
or to defraud another. Id. UCC § 1-201(19).

## Declaration under penalty of perjury

Lien Claimant, Affiant, One, Reginald Anthony Falice © declares, affirms,
asserts, deposes under penalty of perjury that beforementioned liens are
legal, are colorable and filed in good faith:

> that all beforegoing statements are true, correct and complete submitted
> in accord with my unlimited commercial liabilities; not misleading,
> affirmed before a legally authorized administer.

As witnesses to the Signature of Reginald Anthony Falice ©, we set our hand(s)
and/or seal(s), this _____ day of March, 2005.

Notary or Authorized Agent  _____

_____ Citizen
Lee County
Virginia State

_____
Reginald Anthony Falice ©
Lien Claimant
c/o Temporary Address
P.O. Box 305
Jonesville, Virginia [near]
24263

"AUTHORIZED BY THE ACT OF JULY 27, 1955,
TO ADMINISTER OATHS (18 USC 4004)."

_____
Correctional Treatment Specialist

3-19-05
Date

(11)

Case 1:04-cv-00878-NCT   Document 24   Filed 03/24/05   Page 8 of 11

Certificate of Service

I, Reginald A. Falice (c) certify that a copy of the foregoing Affidavit of Facts and attachments i.e. interrogatories were mailed on this 19TH day of March, 2005 to all counsel of record.

_____
Reginald A. Falice (c)
 for REGINALD A. FALICE (r)

```
                in united states District Court
                 Middle district of north Carolina
                           Greensboro
                                )
Ex Parte                        )        Action No. 1:04CV00878
Reginald A. Falice ©            )
Secured-Party-Creditor          )
Holder-In-Due-Course            )        Interrogatories
Owner                           )
                                )
united states of America        )
       versus   ⓟ               )
REGINALD ANTHONY FALICE         )
WILLIE L. COVINGTON             )
                                )
```

This instrument is on presentment to [discover] nature of complaint and what is being asked. Attorneys for united states of America are to copy this instrument to each person(s) they represent; have them to sign a copy and forward to my attention via certified mail to verify receipt.

Interrogatories:

1) What is the nature of Complaint?

2) Are Debtors complaining about not allowing me redress of grievance?

3) Are Debtors complaining about taking my property absent due process?

4) Are Debtors complaining about not following requirements as set out in their constitution?

5) Are Debtors making me an offer to do business, as stipulated on Security Agreements and other contracts with my TRade NaMe?

6) Are Debtors seeking plenary review of their conduct to inflict unwanton deprivation against property interests of Owner, Secured Party?

7) What federal right is being pleaded?

8) What federal law is basis for this suit?

9) What law is being relied upon; Constitution or Law(s) of united states?

10) 28 usC § 1331 – requires enactment of statute by Congress to confer "federal question jurisdiction." What enactment of Congress is being relied upon?

11) I must know what the Plaintiff is alleging as a violation of RIGHT arising under federal law?"

1

12) What is Plaintiff's alleged violation of a federal statute regulating commerce?

13) Plaintiff mentions Art. III Court, in complaint:

    (a) Can Middle District Court enter its credentials on record?
    (b) Can Middle District Court prove its Art. III Standing?
    (c) Can Plaintiff prove its Art. III Standing?
    (d) Can Middle District Court prove via Plaintiff Complaint/Allegations that a case has been proffered "arising" under the Constitution or Laws or Treaties of the united states?

14) Did Plaintiff fail to rebut **Specific Negative Averment** relative to FRCvP 9(a) to such things as subject-matter jurisdiction; or, absent of course, the obligatory contractual signatory consent attached and necessary to enforce a claim for which relief could be granted per Uniform Commercial Code (UCC) @ Article 3-401?

15) Can Plaintiff show proof that [venue] for case has been waived?

16) Can Plaintiff prove that a [venue] statute confers to a court jurisdiction?

17) for jurisdiction; Plaintiff, must prove where a nonresident whose only contact within a district is via mail has contact with district for purpose of doing business?

As the above will give further clarification asto what is being offered; please forward responses as indicated.

_____    _____
Representative         Date                   Client                Date

I remain cordial,

_____ 3/19/2005
Reginald A. Falice© sui juris
Secured-Party-Creditor
Holder-In-Due-Course
Owner
  for ens legis
  REGINALD A. FALICE ®

Temporary Address
Post Office Box 305
Jonesville, Virginia [near]
24263

2