IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV878 |
| | ) | |
| REGINALD ANTHONY FALICE, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WILLIE L. COVINGTON, in his official | ) | |
| capacity as DURHAM COUNTY | ) | |
| REGISTER OF DEEDS, | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

Tilley, Chief Judge

For the reasons set forth in an accompanying Memorandum Opinion, Plaintiff United States of America's Motion for Summary Judgment [Doc. # 13] is GRANTED and Motion for Default Judgment [Doc. # 17] is DENIED AS MOOT. Plaintiff's Motion to Supplement its Exhibits in Support of its Motion for Summary Judgment [Doc. # 43] is GRANTED. Plaintiff's Motions to Strike [Doc. # 34, 36 & 38] are also GRANTED. In addition, the Court will, on its own motion, strike Doc. # 28. Doc. #s 44, 45, and 46 are DENIED.

It is further ORDERED that:

(1) The UCC Financing Statement filed by the Defendant Reginald Anthony

Falice with the Durham County Register of Deeds on July 20, 2004 (Instrument # 2004037694) is declared null, void and without any legal effect.

(2) The Defendant Reginald Anthony Falice is permanently ENJOINED from publishing, entering, filing, or causing to be filed any "UCC Financing Statement," any other type of purported lien, or any other document designed to encumber the property of, or cloud title to the property of, against any of the individuals named in the UCC Financing Statement that he filed with the Durham County Register of Deeds on July 20, 2004 (Instrument # 2004037694) without first obtaining the prior approval of this Court. In order to obtain the Court's permission, Mr. Falice must provide the Court with either (1) a copy of a prior valid judgment that has been obtained against any of the individuals named in the present Financing Statement or (2) information which he believes would constitute a valid legal basis under the law of the place where he wishes to file a lien against any individual named.

(3) Defendant Willie L. Covington, in his official capacity as Durham County Register of Deeds, after payment of statutory fees, shall record this Judgment in the records maintained in the office of the Durham County Register of Deeds to give notice that the UCC Financing Statement filed by Defendant Reginald Anthony Falice (Instrument # 2004037694) is null, void,

and without any legal effect.

(4)  Any costs incurred by the United States in prosecuting this action, including reasonable attorneys' fees and any costs associated with the filing of this Judgment with the Durham County Register of Deeds, shall be taxed to the Defendant Reginald Anthony Falice.

(5)  The Clerk of Court shall send a copy of the Memorandum Opinion and Judgment in this case to the federal correctional institution where Defendant Reginald Anthony Falice is currently incarcerated for consideration of the revocation of Defendant Falice's good time, visitation, and other privileges (e.g., telephone, television, or radio privileges) based upon this Court's finding that Defendant Falice has engaged in serious misconduct that is prejudicial to the administration of justice.

This the day of August 25, 2006

    /s/ N. Carlton Tilley, Jr.
United States District Judge